UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE MCDONALD # 358328

    Plaintiff,

v.

CYNTHIA BRIGGS, et al.,

    Defendants.
_____/

Case No. 08-cv-11731

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION, AND GRANTING
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

This matter comes before the Court on the Report and Recommendation ("R & R") of Magistrate Judge Michael Hluchaniuk. Magistrate Judge Hluchaniuk recommends that the Court grant Defendants' motion for summary judgment and dismiss Plaintiff's entire complaint with prejudice.

A District Court's standard of review for a magistrate judge's R & R depends upon whether a party filed objections to the R & R. With respect to portions of an R & R that no party has object to, the Court need not undertake any review at all. *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). Further, a failure to file specific objections constitutes a waiver of any further right of appeal from the district judge's adoption of the R & R. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505, 509 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981)

The last page of the magistrate judge's R & R notified the parties that any objections were to be filed within fourteen (14) days of service of a copy of the R & R, as provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2). *See Walters*, 638 F.2d at 950 ("we hold that a party shall be informed by the magistrate that objections must be filed within ten

days or further appeal is waived.").

No objections have been filed and the time for filing them has passed, so the Court need not conduct any review of the R & R. Additionally, by not filing objections, Plaintiff has waived his right to appeal. *See Walters*, 638 F.2d at 950. Accordingly, the Court will adopt the R & R in full, grant Defendants' motion for summary judgment, and dismiss the complaint with prejudice.

**WHEREFORE**, it is hereby **ORDERED** that:

- Magistrate Judge Hluchaniuk's Report and Recommendation (docket no. 29) is **ADOPTED** in full.

- Defendants' motion for summary judgment (docket no. 20) is **GRANTED;**

- Plaintiff's complaint is **DISMISSED with prejudice.**

**SO ORDERED.**


s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: February 24, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 24, 2010, by electronic and/or ordinary mail.

s/Alissa Greer
Case Manager